Aben E. JOHNSON and Joan
G. Johnson, Plaintiffs–
Cross Appellants,

v.

UNITED STATES, Defendant–
Appellant.

Nos. 2010–5103, 2010–5107.

United States Court of Appeals,
Federal Circuit.

May 6, 2010.

Patrick K. Rode, Wilson Rode, Troy, MI, for Plaintiffs–Cross Appellants.

Karen G. Gregory, Department of Justice, Washington, DC, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Jerry R. QUIGLEY, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2009–7146.

United States Court of Appeals,
Federal Circuit.

May 10, 2010.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).